Accordingly, the order of the Commonwealth Court is affirmed.

MONTEMURO, J., is sitting by designation as a Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.

**COMMONWEALTH of Pennsylvania,**
**Appellee,**

v.

**James Frank HOLLOMAN, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 26, 1994.
Decided June 30, 1994.

Gerald P. Deady, Wilkes–Barre, for J.F. Holloman.

Peter Paul Olszewski, Scott C. Gartley, Andrew W. Duncan, Wilkes–Barre, for Com.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

PER CURIAM.

The Appeal in the above-captioned case is hereby dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial

---

2. The OALJ is defined at 47 P.S. § 2–212 as an autonomous office, i.e., a quasi-judicial office that is separate and independent from the enforcement bureau.

Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration docket No. 1, filed October 28, 1993.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

* Mr. Justice Montemuro is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of Mr. Justice Larsen, see No. 127 Judicial Administrative Docket No. 1, filed October 28, 1993.